No. 423. SHUTTLESWORTH *v.* CITY OF BIRMINGHAM. Ct. App. Ala. Certiorari granted. *Jack Greenberg, Norman Amaker, Peter A. Hall* and *Orzell Billingsley, Jr.,* for petitioner. *Earl McBee* for respondent.

No. 657. CARNATION Co. *v.* PACIFIC WESTBOUND CONFERENCE ET AL. C. A. 9th Cir. Certiorari granted. *Arthur B. Dunne* and *James R. Baird, Jr.,* for petitioner. *Edward D. Ransom* for Pacific Westbound Conference; *Herman Goldman* and *Elkan Turk, Jr.,* for Far East Conference et al.; *Solicitor General Cox, Assistant Attorney General Orrick, Robert B. Hummel, Irwin A. Seibel, James L. Pimper* and *Robert E. Mitchell* for the Federal Maritime Commission, respondents.

No. 733. GUNTHER *v.* SAN DIEGO & ARIZONA EASTERN RAILWAY Co. C. A. 9th Cir. Certiorari granted. *Clifton Hildebrand* for petitioner. *Waldron A. Gregory* and *William R. Denton* for respondent.

No. 754. IDAHO SHEET METAL WORKS, INC. *v.* WIRTZ, SECRETARY OF LABOR. C. A. 9th Cir. Certiorari granted limited to Question 2 presented by petition which reads as follows:

"2. Is the employer's shop a retail establishment and entitled to the exemption as such under Section 13 (a) of the Fair Labor Standards Act?"

MR. JUSTICE GOLDBERG took no part in the consideration or decision of this petition. *T. H. Eberle* for petitioner. *Solicitor General Cox, Charles Donahue, Bessie Margolin, Robert E. Nagle* and *Caruthers G. Berger* for respondent.